UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

| | |
|---|---|
| EMILY HODGE and<br>GENESIS KENNEY,<br><br>Plaintiffs,<br><br>v.<br><br>SPALDING UNIVERSITY, INC,<br>VICTORIA "TORI" MURDEN<br>MCCLURE, BRIAN CLINARD,<br>LISA BASH-DEFREES, and<br>TARYN GLASS<br><br>Defendants. | Civil Action No.: 3:24-cv-156-GNS |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants hereby provide notice of removal of this action to the United States District Court for the Western District of Kentucky, from the Jefferson Circuit Court, Commonwealth of Kentucky, and state as follows:

1.     Plaintiffs filed this action in the Jefferson Circuit Court, Commonwealth of Kentucky, on or about January 31, 2024, claiming that Defendants engaged in unlawful discrimination and retaliation on the basis of disability in violation of Title III of the Americans with Disabilities Act of 1990. (Complaint, ¶¶ 104-118). The Complaint also alleges multiple torts committed by Defendants against Plaintiffs based upon the same alleged facts. (Complaint, ¶¶ 71-103). The Jefferson Circuit Court docketed the matter as Case Number 24-CI-000781.

2.      Counsel for Defendants received an electronic copy of the Civil Action Summons and Complaint on February 1, 2024. A copy of the Summons and Complaint are attached hereto as Exhibits A and B, respectively.

3.      This matter is removed to this Court under the process outlined in 28 U.S.C. §§ 1441 and 1446, based upon subject matter jurisdiction garnered pursuant to 28 U.S.C. § 1331(a), providing original jurisdiction for claims arising under federal statutes, and pursuant to 28 U.S.C. § 1367(a), providing supplemental jurisdiction over remaining claims that are so related that they form part of the same case or controversy.

4.      Plaintiff Emily Hodge ("Hodge") alleges in the Complaint that she is a resident of Louisville, Kentucky (Complaint, ¶1). Plaintiff Genesis Kenney ("Kenney") alleges in the Complaint that she is a resident of Louisville, Kentucky (Complaint, ¶2).

5.      Defendant Spalding University, Inc. ("Spalding") is a non-profit corporation organized under the laws of the Commonwealth of Kentucky, and with its corporate offices located in Louisville, Kentucky. Defendant Victoria Murden McClure ("McClure") is the President of Spalding and a resident of Louisville, Kentucky. Defendant Brian Clinard ("Clinard") is the Athletic Director of Spalding and a resident of Louisville, Kentucky. Defendant Lisa Bash-DeFrees ("Bash-DeFrees") is the Associate Athletic Director and Senior Woman Administrator of Spalding and a resident of Jeffersonville, Indiana. Defendant Taryn Glass ("Glass") is the Head Coach of Spalding's Women's Volleyball Team and a resident of Louisville, Kentucky.

6.      All Defendants are represented by undersigned counsel and all consent to the removal of this action under 28 U.S.C. § 1446(b)(2)(A).

7.     This Court has original subject matter jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331 as at least two of Plaintiffs' causes of action arise under Federal law. In Counts V and VI of the Complaint, Plaintiff Hodge seeks damages for multiple claimed injuries based upon alleged violations of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 ("ADA"). (*See* Complaint, ¶¶ 104-118).

8.     This Court has supplemental jurisdiction over Plaintiffs' other claims pursuant to 28 U.S.C. § 1367 because all causes of action asserted in the Complaint, including Counts V and VI, are alleged to arise out of a common nucleus of operative facts and allegations.

9.     The United States District Court for the Western District of Kentucky is the judicial district embracing the place where this case is pending.  28 U.S.C. § 97(b).

10.     Plaintiffs initiated this action in Jefferson County, Commonwealth of Kentucky, which is located within this Court's venue.

11.     This Notice of Removal is timely filed with this Court within thirty (30) days after counsel for Defendants first received a copy of the Complaint.  28 U.S.C. § 1446(b).

12.     In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, which constitute the Civil Summons and Complaint, that have been served on Defendants are attached to this Notice of Removal as Exhibits A and B.

13.     In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed with the Jefferson Circuit Court, Commonwealth of Kentucky, on this date.

WHEREFORE, Defendant hereby provides notice that Case Number 24-CI-000781, pending in the Jefferson Circuit Court, Division Eight, Commonwealth of Kentucky, is removed to this Court for all further proceedings.

/s/ Kevin M. Norris
Kevin M. Norris
Jacob W. Crouse
SMITH & SMITH ATTORNEYS
400 North, First Trust Centre
200 South Fifth Street
Louisville, Kentucky  40202
(502) 587-0761
(502) 589-5345 – facsimile
kmn@smithandsmithattorneys.com
jwc@smithandsmithattorneys.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing "Notice of Removal" has been served via Clerk of Court, using the CM/ECF system. In addition, a copy of the foregoing will be mailed U.S. Mail first class to counsel for Plaintiffs:

Andrew C. Weeks
Legal Justice at Work, PLLC
609 W. Main St., Ste. 301
Louisville, Kentucky 40202
ACWeeks@LegalJusticeAtWork.com
*Counsel for Plaintiff*

This the 1st Day of March, 2024.

/s/ Kevin M. Norris
Attorney