| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **24-CI-000781**<br>Court:    **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL**, *Defendant*

TO:    **VICTORIA  TORI MURDEN MCCLURE**
       **1442 CHEROKEE RD**
       **LOUISVILLE, KY 40204**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2024**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                  Title _____

Summons ID: @00001057103
CIRCUIT: 24-CI-000781 Certified Mail
HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL

Page 1 of 1

**EXHIBIT A**
eFiled



| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **24-CI-000781**<br>Court:    **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL**, *Defendant*

TO:  **BRIAN CLINARD**
     **3118 WIDGEON AVE**
     **LOUISVILLE, KY 40213**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
   To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                         Served By
                                         _____
                                         Title

Summons ID: @00001057104
CIRCUIT: 24-CI-000781 Certified Mail
HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL



Page 1 of 1

eFiled

| AOC-E-105       Sum Code: CI |  | Case #: **24-CI-000781** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **JEFFERSON Circuit** |
| Court of Justice   *Courts.ky.gov* | **CIVIL SUMMONS** | |
| CR 4.02; Cr Official Form 1 | | |

*Plantiff,* **HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL**, *Defendant*

TO:  **LISA  BASH-DEFREES**
**6311 CLIFF DR**
**JEFFERSONVILLE, IN 47130**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00001057105
CIRCUIT: 24-CI-000781 Certified Mail
HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL



Page 1 of 1

eFiled

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **24-CI-000781**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL**, *Defendant*

TO:  **TARYN GLASS**
     **845 S. THIRD STREET**
     **LOUISVILLE, KY 40203**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____     _____
                                          Served By
                                         _____
                                          Title

Summons ID: @00001057106
CIRCUIT: 24-CI-000781 Certified Mail
HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL

Page 1 of 1

eFiled

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice  *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **24-CI-000781**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL**, *Defendant*

TO:  **TORI MURDEN MCCLURE**
　　　**845 S. THIRD STREET**
　　　**LOUISVILLE, KY 40203**

Memo: Related party is SPALDING UNIVERSITY, INC.

The Commonwealth of Kentucky to Defendant:
**SPALDING UNIVERSITY, INC.**

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2024**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
　To: _____

☐ Not Served because: _____

Date: _____, 20 ____

Served By _____

Title _____

Summons ID: @00001057107
CIRCUIT: 24-CI-000781 Certified Mail
HODGE, EMILY ET AL VS. SPALDING UNIVERSITY, INC. ET AL



Page 1 of 1

eFiled

*Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)*
*DB75BD9C-B3C9-44DE-8672-7191A355F3EC : 000038 of 000039*
*CI : 000001 of 000001*