UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

| | |
|---|---|
| EMILY HODGE and<br>GENESIS KENNEY,<br><br>  Plaintiffs,<br><br>v.<br><br>SPALDING UNIVERSITY, INC,<br>VICTORIA "TORI" MURDEN<br>MCCLURE, BRIAN CLINARD,<br>LISA BASH-DEFREES, and<br>TARYN GLASS<br><br>  Defendants. | Civil Action No.: 3:24-cv-156-GNS |

## ORDER DISMISSING

Upon Motion of Defendants to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Parties having briefed the relevant issues, and the Court otherwise being sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.  Plaintiffs failed to state a claim upon which relief may be granted, and therefore, Defendants are entitled to judgment as a matter of law. This is a final and appealable Order and Judgment.